UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DOBSON NDUSTRIAL, INC.,

        Plaintiff,               Case No.  04-74863

v.                            District Judge Bernard A. Friedman
                            Magistrate Judge R. Steven Whalen

IRON WORKERS LOCAL UNION
NO. 25, et al.,

        Defendants.

_____/

ORDER

On July 28, 2005 counsel for Defendant submitted a written request for withdrawal of its Motions to Compel  (filed 6/14/05) [Doc # 17 & 18];

IT IS THEREFORE ORDERED that Defendant's Motions to Compel are WITHDRAWN.


                      s/R. Steven Whalen_____
                      R. STEVEN WHALEN
                      UNITED STATES MAGISTRATE JUDGE

Dated:  August 8, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 8, 2005.

s/Gina Wilson
Judicial Assistant